**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RICARDO NILES,

       Plaintiff,

v.                                      Case No: 6:16-cv-999-Orl-40TBS

DENNY'S INC.,

       Defendant.
_____/

## **ORDER**

This cause is before the Court on the Joint Motion to Approve Mediated Settlement Agreement and Dismiss Case with Prejudice (Doc. 51) filed on March 20, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 22, 2017 (Doc. 52), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Agreement is **MODIFIED** by limiting the Waiver and Release of Claims to include only the named Defendant, as set forth in the Report and Recommendation.

3. The Joint Motion to Approve Mediated Settlement Agreement and Dismiss Case with Prejudice (Doc. 51) is **GRANTED**, and the Settlement Agreement is approved, as modified, as a fair and reasonable compromise of a bona fine FLSA dispute.

4. This matter is **DISMISSED with Prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 10, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties